# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

CHARLES ETHIER

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: MC01-22-01ML/MC04-55-01ML

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>JUNE 9, 2005 AT 10:00 A.M. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 3583(e)(3)

Brief description of offense:

PROBATION VIOLATION

[signature]

Signature of Issuing Officer

May 20, 2005

Date

JEANNINE THEALL, DEPUTY CLERK

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 6/9/05

Check one box below to indicate appropriate method of service

☑ ~~Served~~ personally upon the defendant at: U.S. District Court (Mag Court) Providence, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left: ______

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/9/05
Date

Burton Stallwood
Name of United States Marshal

Robert D Young
(by) Deputy United States Marshal

Remarks: Note: Atty Previously Served by FAX

DISTRICT COURT
2005 JUN -9 P 4:30
FILED

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.