UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : MC 01-22 ML
MC 04-55 ML

CHARLES ETHIER :

MOTION TO SEAL

NOW comes the defendant, Charles Ethier and moves to seal the Motion to Continue and Supporting Memorandum.

CHARLES ETHIER,
By his attorney,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 WEYBOSSET STREET, SUITE 300
PROVIDENCE, RI 02903
( 401 ) 528 - 4281

Granted.
Mary M. Lisi
USDJ
8/18/05

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Peter Neronha, AUSA on the 18th day of August, 2005.